IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case Number: 24-cr-    (APM) |
| DAVID KENNER, | Violation: |
| Defendant. | 18 U.S.C. § 401(3) (Criminal Contempt) |

## INFORMATION

The United States Attorney, as authorized by the notice provided pursuant to Fed. R. Crim. P. 42(a) by the United States District Court for the District of Columbia, charges that:

### Count One

Between on or about December 12, 2022 and on or about March 3, 2023, in the District of Columbia and elsewhere, the defendant DAVID KENNER willfully, and intentionally, and recklessly violated and caused a violation of the U.S. District Court's May 14, 2019, Protective Order entered in connection with *United States v. Prakazrel Michel et al.*, D.D.C. Case No. 1:19-cr-148, which was reasonably specific in limiting to whom any discovery material in the case could be provided and for what purposes.  That is, the defendant DAVID KENNER shared and caused to be shared covered discovery material with persons to whom he was not permitted to provide the material under the terms of the order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    */s/Elizabeth A. Aloi*
Elizabeth A. Aloi, D.C. Bar No. 1015864
Jonathan P. Hooks, D.C. Bar No. 468570
Assistant United States Attorneys
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530